UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FANIA MELTON and
SHAKIRRA SANDERS,

    Plaintiffs,

v.                                    CASE NO. _____

LABORATORY CORPORATION OF
AMERICA, a foreign profit corporation,
and KANDACE NESSELRODE, an
individual,

    Defendants.
_____/

**DEFENDANTS' NOTICE OF REMOVAL OF ACTION**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants Laboratory Corporation of America ("LabCorp") and Kandice Nesselrode ("Nesselrode")[1] file this notice to remove the above-styled action filed by Plaintiffs Fania Melton and Shakirra Sanders ("Plaintiffs") from the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida to the United States District Court for the Southern District of Florida. The grounds for removal are as follows:

    1.    <u>Nature of the Action</u>: This is a civil action alleging pregnancy and disability discrimination, retaliation, negligent hiring and supervision, and infliction of emotional distress in violation of the federal Pregnancy Discrimination Act, 42 U.S.C. § 2000e-2(a) ("PDA"), the Americans with Disabilities Act, 42 U.S.C. § 12101 ("ADA"), the Family and Medical Leave Act, 29 U.S.C. § 2601, et seq. ("FMLA"), the Florida Civil Rights Act, Fla. Stat. § 760, et seq. ("FCRA"), and Florida common law.

---

[1] Nesselrode's first name is misspelled in the Complaint.

2. <u>Plaintiffs' Complaint</u>: Plaintiffs instituted this action by filing their Complaint in the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida. The Complaint, entitled *Fania Melton and Shakirra Sanders v. Laboratory Corporation of America, a foreign profit corporation, and Kandace Nesselrode, an individual,* Case No. 50-2017-CA-011780-XXXX-MB, was filed with the state court on October 26, 2017.

3. <u>Service On Defendants</u>: LabCorp received a copy of the Complaint on October 27, 2017 through service of process on its registered agent. Thus, LabCorp's time to remove this action commenced on October 27, 2017. *See* 28 U.S.C. § 1446(b). Nesselrode received a copy of the Complaint on November 1, 2017 through personal service of process. Thus, Nesselrode's time to remove this action commenced on November 1, 2017. *See* 28 U.S.C. § 1446(b).

4. <u>Timing of Notice of Removal</u>: Pursuant to 28 U.S.C. § 1446(b), Defendants timely file this Notice of Removal within 30 days of the date on which they received a copy of Plaintiffs' Complaint.

5. <u>Original Jurisdiction</u>: This Court has federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331, because Plaintiffs assert claims arising under the PDA, ADA, and FMLA. Because the Court has original jurisdiction over the action, the action is removable pursuant to 28 U.S.C. §§ 1441 and 1446.

6. <u>Supplemental Jurisdiction</u>: The Court has supplemental jurisdiction over Plaintiffs' FCRA and Florida common law claims pursuant to 28 U.S.C. § 1367(a), because Plaintiffs' federal and Florida claims arise from the same set of operative facts. Indeed, the operative facts that form the basis for Plaintiffs' federal claims are identical to those that form the basis for their state law claims. Thus, removal is proper.

7. <u>Venue</u>: As described in the Complaint, the alleged events at issue occurred in Palm Beach County, Florida. (Complaint, ¶12). Thus, venue is proper in the United States District Court for the Southern District of Florida, West Palm Beach Division, pursuant to 28 U.S.C. § 1391 and Rule 3.1 of the Local Rules for the Southern District of Florida.

Pursuant to 28 U.S.C. § 1446, copies of all process, pleadings and other papers filed in the state court are attached to this Notice as Composite Exhibit A.

Date: November 27, 2017

             Respectfully submitted,

             /s/ John E. Phillips
             John E. Phillips
             Florida Bar No. 823155
             john.phillips@phelps.com
             Jolee Land
             Florida Bar No. 0135860
             jolee.land@phelps.com
             PHELPS DUNBAR LLP
             100 South Ashley Drive, Ste.1900
             Tampa, Florida 33602
             Telephone: (813) 472-7550
             Facsimile: (813) 472-7570

             Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true a correct copy of the foregoing was served by U.S. Mail on November 27, 2017 on all counsel of record on the Service List below:

/s/ John E. Phillips
Attorney

## SERVICE LIST

Cathleen Scott, Esq.
Scott Wagner & Asscoiates, P.A.
Jupiter Gardens
250 South Central Boulevard
Suite 104-A
Jupiter, FL 33458

Counsel for Plaintiffs